**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01180-LTB

MICHAEL SHINN and
JENNIFER SHINN,

    Plaintiffs,

v.

MARK W. MELBERG, M.D.,

    Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on Defendant Mark W. Melberg, M.D.'s Unopposed Motion to Dismiss Plaintiffs' Fifth Claim for Relief - Outrageous Conduct Pursuant to F.R.C.P. 12(b)(6) or in the Alternative to Strike Pursuant to F.R.C.P. 12(f) (Doc 7)., it is

ORDERED that Plaintiff's Fifth Claim for Relief - Outrageous Conduct is DISMISSED WITHOUT PREJUDICE.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   June 13, 2012