**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01180-LTB-BNB

MICHAEL SHINN, and
JENNIFER SHINN,

    Plaintiffs,

v.

MARK W. MELBERG, M.D.,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Amend Answer to the Complaint (Doc 25 - filed January 10, 2013) is **GRANTED**. Defendant's First Amended Answer to Plaintiffs' Complaint for Damages (Doc 25-2) shall be accepted for filing.

Dated:  January 11, 2013
_____