**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01180-LTB-BNB

MICHAEL SHINN and
JENNIFER SHINN,

      Plaintiffs,

v.

MARK W. MELBERG, M.D.,

      Defendant.

_____

**ORDER**
_____

Upon Defendant's Motion for Stay Pending Related State Appeal (Doc 33 - filed April 11, 2013), and the Court being fully advised in the premises, it is

ORDERED that the Motion is DENIED.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:  April 12, 2013