**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01180-LTB-BNB

MICHAEL SHINN, and
JENNIFER SHINN,

    Plaintiffs,

v.

MARK W. MELBERG, M.D.,

    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion for Stay of Expert Disclosure Deadline Pending Ruling on Motion for Summary Judgment (Doc 39 - filed June 14, 2013) is **GRANTED**.

Dated:   June 17, 2013
_____