IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 12-cv-01180-LTB-BNB

MICHAEL SHINN & JENNIFER SHINN

        Plaintiffs,

v.

MARK W. MELBERG, M.D.

        Defendant.

_____

ORDER
_____

Plaintiff's Motion for Enlargement of Time to File Plaintiff's Motion for Summary Judgment (Doc 53 - filed October 24, 2013) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A). Accordingly, Plaintiff's Motion for Summary Judgment (Doc 54 - filed October 24, 2013) is STRICKEN.

        BY THE COURT:

        s/Lewis T. Babcock
        LEWIS T. BABCOCK, JUDGE

DATED: October 24, 2013