IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 12-cv-01180-LTB-BNB

MICHAEL SHINN & JENNIFER SHINN

        Plaintiffs,

v.

MARK W. MELBERG, M.D.

        Defendant.
_____

ORDER
_____

        Plaintiffs, Michael Shinn & Jennifer Shinn, have filed a pleading entitled "Supplemental Pleading #1." [**Doc # 64**] It is unclear, however, as to the purpose of this pleading, or the relief sought therein. It appears that Plaintiffs are seeking leave to amend their complaint in this case, pursuant to Fed. R. Civ. P. 15, to reinstate previously dismissed claims. However, Plaintiffs do not specifically seek such relief, and the pleading filed does not comport with D.C.Colo.LCiv. 15.1 – which requires that a redlined proposed amended complaint is provided.

        In addition, Plaintiffs did not confer with Defendant, Mark W. Melberg, M.D., prior to the filing of this "motion" and, as such, I strike the pleading for failure to comply with D.C.Colo.LCiv. 7.1(a), which requires counsel for the moving party to confer or make reasonable, good-faith efforts to confer with opposing counsel to resolve the disputed matter, before filing the motion, and to state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

ACCORDINGLY, I STRIKE the pleading filed by Plaintiffs on December 2, 2013, entitled "Supplemental Pleading #1." [**Doc # 64**]

Dated: December  9 , 2013 in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE