IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 12-cv-01180-LTB-BNB

MICHAEL SHINN & JENNIFER SHINN

   Plaintiffs,

v.

MARK W. MELBERG, M.D.

   Defendant.

_____

ORDER
_____

  Upon Plaintiff's Motion to Strike Response filed on January 9, 2014 by Defendant Mark W. Melberg, M.D. (Doc 75 - filed January 14, 2014), it is

  ORDERED that the Motion to Strike is DENIED.

          BY THE COURT:

            s/Lewis T. Babcock
          LEWIS T. BABCOCK, JUDGE

DATED:   January 15, 2014