IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 12-cv-01180-LTB-BNB

MICHAEL SHINN & JENNIFER SHINN

        Plaintiffs,

v.

MARK W. MELBERG, M.D.

        Defendant.

_____

## ORDER
_____

Upon Plaintiff's Request for Leave to File the Motion for Reconsideration to the Court Order of January 30, 2014 (Doc 82), it is

ORDERED that the Motion to File (Doc 82) is GRANTED.

IT IS FURTHER ORDERED that the attached Motion for Reconsideration (Doc 82-1) is DENIED.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED: February 12, 2014